PER CURIAM.
The summary denial of Gentry’s 3.800(a) motion to correct an illegal sentence is affirmed without prejudice. Gentry alleges illegal consecutive habitual offender sentences under Hale v. State, 630 So.2d 521 (Fla.1993), cert. denied, — U.S. —, 115 S.Ct. 278, 130 L.Ed.2d 195 (1994). The correct remedy to seek relief is a properly filed Rule 3.850 motion. Bunch v. State, 647 So.2d 1080 (Fla. 5th DCA 1995); Callaway v. State, 642 So.2d 636 (Fla. 2d DCA 1994) (question certified), review granted, (Fla. Feb. 15, 1995); Massey v. State, 648 So.2d 785 (Fla. 5th DCA 1994).
AFFIRMED.
COBB, PETERSON and THOMPSON, JJ., concur.